IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-00016-FL

| | |
|---|---|
| DONTE SYLVESTER, | ) |
| Plaintiff, | ) |
| v. | ) ORDER FOR PAYMENT OF |
| | ) ATTORNEY FEES UNDER THE |
| KILOLO KIJAKAZI, | ) EQUAL ACCESS TO JUSTICE ACT |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $3,885.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Branch W. Vincent, and mailed to his office at 8 Juniper Trail, Southern Shores, NC 27949, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED this 28th day of November, 2022.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge