UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| DONTE DARRELL SYLVESTER )<br>          Plaintiff, )<br> )<br>v. )<br> )<br> )<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>          Defendant. )<br> ) | **JUDGMENT**<br><br>No. 2:21-CV-16-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's motion and defendant's stipulation for attorney fees under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 28, 2022, that defendant pay to plaintiff $3,885.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on November 28, 2022, and Copies To:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


November 28, 2022      PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk